# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| VAN TUBBS,<br>BOP Reg. #06762-027,<br>　Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　Respondent. | )<br>)<br>)<br>)　**CIVIL ACTION NO. 2:17-00508-KD**<br>)<br>)　**CRIMINAL ACTION NO. 2:14-135-KD-N-18**<br>)<br>) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendations (Doc. 768)[1] of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated March 13, 2019, is **ADOPTED** as the opinion of the Court.

Accordingly, it is **ORDERED** that Movant Van Tubbs's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 748) is **DENIED** and **DISMISSED with prejudice**. It is further **ORDERED** that Tubbs is not entitled to a Certificate of Appealability in relation to this final adverse order. Finally, the Court certifies that any appeal of this order and accompanying judgment would be without merit and therefore not taken in good faith. Thus, Tubbs is not entitled proceed *in forma pauperis* on appeal.

Final judgment in accordance with this order shall issue separately under Federal Rule of Civil Procedure 58. The Clerk is directed to mail a copy of this Order (and the subsequently-filed Judgment) to Tubbs.

---

[1] All "Doc." citations herein refer to the docket of the above-styled criminal action.

**DONE** and **ORDERED** this the 6th day of May 2019.

                                    /s/ Kristi K. DuBose
                                  **KRISTI K. DuBOSE**
                                  **CHIEF UNITED STATES DISTRICT JUDGE**