IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VAN TUBBS,<br>BOP Reg. #06762-027,<br>  Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>  Respondent. | )<br>)<br>)<br>)   **CIVIL ACTION NO. 2:17-00508-KD**<br>)<br>)   **CRIMINAL ACTION NO. 2:14-135-KD-N-18**<br>)<br>) |

## JUDGMENT

In accordance with the order entered this date, (Doc. 769), it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent United States of America and against Movant Vann Tubbs, that his motion brought under 28 U.S.C. § 2255 is **DISMISSED with prejudice**, and that he is not entitled to a certificate of appealability or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 6th day of May 2019.

          /s/ Kristi K. DuBose
          **KRISTI K. DuBOSE**
          **CHIEF UNITED STATES DISTRICT JUDGE**